UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CAROLYN SUE BELL,             )<br>        Plaintiff,                      )<br>                                          )<br>    vs.                                  )<br>                                          )<br>REGIS CORPORATION, SMART STYLE )<br>FAMILY HAIR SALON DIVISION,   )<br>        Defendant.                    ) | 1:08-cv-1154-RLY-TAB |

## ADOPTION OF REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation.  Parties were afforded due opportunity pursuant to statute and the rules of this court to file objections.  The court, having considered the Magistrate Judge's Report and any objections thereto, and being duly advised, approves and adopts the Magistrate Judge's Report and Recommendation.  Accordingly, Defendant's motion to dismiss Plaintiff's complaint with prejudice (Docket # 37) is granted.

**SO ORDERED** this 13th day of October 2009.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Electronic Copies to:

Daniel J. Fazio
SEYFARTH SHAW LLP
dfazio@seyfarth.com

Ellen E. McLaughlin
SEYFARTH SHAW
emclaughlin@seyfarth.com

Michael Rabinowitch
WOODEN & MCLAUGHLIN LLP
mrabinowitch@woodmclaw.com

CAROLYN SUE BELL
2415 Dr. Andrew J Brown
Indianapolis, IN 46205